# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2176

_____

William Conrad White,

*Plaintiff - Appellant*,

v.

Polk County Attorney's Office; State of Iowa,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 15, 2016
Filed: November 28, 2016
[Unpublished]

_____

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

William White appeals after the district court[1] dismissed his action seeking a ruling that his 1985 state-court conviction was void. In the district court, he sought a writ of coram nobis, pursuant to the All Writs Act, 28 U.S.C. § 1651.

Upon careful de novo review, *see Adams v. American Family Mut. Ins. Co.*, 813 F.3d 1151, 1154 (8th Cir. 2016), we conclude that the dismissal was proper. Because White was challenging a state-court judgment, the district court lacked jurisdiction to grant a writ of coram nobis. *See Finkelstein v. Spitzer*, 455 F.3d 131, 133-34 (8th Cir. 2006) (per curiam). In addition, White could not invoke section 1651 as an independent source of jurisdiction. *See Ark. Blue Cross and Blue Shield v. Little Rock Cardiology Clinic, P.A.*, 551 F.3d 812, 820-21 (8th Cir. 2009). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.